IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PAULA ROSS,[1] | § | |
| | § | No. 237, 2023 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CS22-04483 |
| NATALIE MATTHEWS, | § | Petition No. 22-21046 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | | |

Submitted: January 24, 2024
Decided: February 16, 2024

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

This 16th day of February, 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in the decision dated June 12, 2023, and the order dated February 2, 2023. NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).